# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| United States of America, Plaintiff, <br><br> vs. <br><br> Pradish Selvaraj, Defendant. | Case No: 8:20CR306 <br><br> **WRITTEN WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER** |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against [him][her] in this court.

(1) The defendant affirms that [he][she] has received a copy of the [superseding] indictment;

(2) The defendant understands that [he][she] has the right to appear personally before the Court for an arraignment on [this][these] charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to [all counts of] the indictment.

_S. Pradish Jehan_        _[signature]_
Defendant                 Counsel for Defendant

## ORDER

**IT IS ORDERED** that the defendant's waiver is hereby accepted, and [his][her] plea[s] of not guilty [is][are] entered of record with the Clerk of Court.

DATED this 2nd day of December, 2020.

BY THE COURT:

_[signature]_
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT